# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HONG KHUN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09–5202 |
| JANET NAPOLITANO, et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 27th day of May, 2010, for the reasons stated in the foregoing Memorandum, upon due consideration of the government's Motion to Dismiss as Moot (Docket No. 9), it is hereby ORDERED that the Motion is GRANTED, and that the matter is REMANDED to the United States Citizenship and Immigration Services for continued administrative processing. It is further ORDERED that Plaintiff Hong Khun's administrative appeal rights shall not be jeopardized by any failure to timely file appeal documents during the pendency of this lawsuit. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\CIVIL 09-10\09-5202 Khun v. Napolitano\Khun Motion to Dismiss Order.wpd